June 29, 2012

Mr. David L. Brenner
Burns Anderson Jury & Brenner LLP
P. O. Box 26300
Austin, TX 78755-6300

Mr. Alan B. Daughtry
Attorney-at-Law
1221 McKinney, Suite 4100
One Houston Center
Houston, TX 77010
Honorable Bruce Priddy
116th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Ste. 620A
Dallas, TX 75202

RE: Case Number: 10-0960
 Court of Appeals Number: 05-10-01067-CV
 Trial Court Number: DC-09-02095

Style: IN RE XL SPECIALTY INSURANCE COMPANY AND CAMBRIDGE INTEGRATED
 SERVICES GROUP, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |